Henry Melton, Administrator of Estate of Fred James Melton, Deceased, Appellee, v. John Heaton and Charles Dooley, Appellants.

opinion filed July 10, 1943. Leonard J. Dunn, for appellants; Johnson & Johnson, for appellee. Opinion by JUSTICE STONE. Not to be published in full.

Myrtle Currie, Appellee, v. A. F. Currie, Appellant.

opinion filed July 20, 1943. Sullivan, Schuman & Moran, for appellant; Fred P. Schuman, of counsel; Forth & Forth, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.